IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD THOMPSON,<br><br>    Petitioner,<br><br>v.<br><br>LAWRENCE MAHALLY, et al,<br><br>    Respondents. | CIVIL ACTION<br>NO. 17-5500 |

## ORDER

**AND NOW**, this 9th day of March, 2021, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, as well as Petitioner's counseled objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for writ of habeas corpus is **DENIED**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk is **DIRECTED** to mark this case closed.

                                               **BY THE COURT:**

                                               **/s/ Jeffrey L. Schmehl**
                                               Jeffrey L. Schmehl, J.